February 27, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ERIC NDUBUEZE UFOM AND EQUAL RIGHTS FOR PERSONS WITH
DISABILITIES INTERNATIONAL, INC., Appellants

NO. 14-13-01111-CV                              V.

WEST WYNDE HEALTH SERVICES, INC., GLADYS IBIK AND JOHN IBIK,
Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on November 1, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Eric Ndubueze Ufom and Equal Rights for Persons with Disabilities International, Inc., jointly and severally.

We further order this decision certified below for observance.